UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------

HOWARD BERLIN

                                  Plaintiff,

          -against-

MAGGIE MAY'S, INC. and FARRELL J. CORCORAN

                               Defendants.

**REQUEST FOR CERTIFICATE OF DEFAULT**
12-CV-2728

------------------------------------------------------------------

TO:   DOUGLAS C. PALMER
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

Please enter the defaults of defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Donald J. Weiss, Esq..

Dated: August 31, 2012

                                                Donald J. Weiss, Esq. (7619)
                                                Rosengarten & Weiss
                                                Attorney for Plaintiff
                                                363 Seventh Avenue
                                                New York, New York 10001
                                                (718) 596-9122

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

HOWARD BERLIN,

        Plaintiff,

-against-

MAGGIE MAY'S, INC. and FARRELL J. CORCORAN,

        Defendant.

---

**AFFIRMATION IN SUPPORT REQUEST FOR CERTIFICATE OF DEFAULT**

12-CV-2728

Donald J. Weiss, an attorney duly admitted to the Eastern District Court of New York, states as follows :

1. I am a member of Rosengarten & Weiss, the attorneys for plaintiff in the above captioned action.

2. This action was commenced pursuant to Title III of the Americans with Disabilities Act 42 U.S.C. § 12181, et seq..

3. The time for defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN to answer or otherwise move with respect to the complaint has expired.

4. Defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN have not answered or otherwise moved with respect to the complaint and the time to do so has not been extended.

5. The defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN are not infants or incompetents nor are they presently in the military service of the United States, as appears from the facts in this litigation.

6. This action seeks declaratory and injunctive relief to compel the defendant to bring the defendant's property into compliance with the ADA, compensatory damages to plaintiff, pursuant to N.Y. Exec. Law § 297(9) and N.Y. Civ. Rights section 40-d, and reasonable attorney's fees, expert's fees and costs, pursuant to 42 U.S.C. § 12205.

WHEREFORE, the plaintiff requests that the default of defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the relief claimed is justly due to plaintiff, and that no part thereof has been satisfied.

Dated: New York, New York
       August 31, 2012

                                                Donald J. Weiss

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HOWARD BERLIN,

    Plaintiff,

    -against-

MAGGIE MAY'S, INC. and FARRELL J. CORCORAN,

    Defendant.

**CERTIFICATE OF DEFAULT**

12-CV-2728

    I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN, have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants MAGGIE MAY'S, INC. and FARRELL J. CORCORAN, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
         , 2012

                DOUGLAS C. PALMER, Clerk of Court

                By:_____
                      Deputy Clerk